

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) NO. | 3:24-cr-00204 |
| v. | ) | |
| | ) | 18 U.S.C. § 371 |
| | ) | 18 U.S.C. § 922(o) |
| RICHARD LEE HOWSE, III | ) | 18 U.S.C. § 924(a)(2) |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

Beginning not later than on or about July 11, 2023, the exact date being unknown to the Grand Jury, and continuing through on or about July 24, 2023, in the Middle District of Tennessee and elsewhere, the defendant, **RICHARD LEE HOWSE, III**, did knowingly combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to commit an offense against the United States, to wit: to knowingly transfer and possess a machinegun, namely, Glock switches, which constitute machineguns under Title 26, United States Code, Section 5845, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

In furtherance of the conspiracy, and to accomplish its object and purpose, transferring and possessing Glock switches, on or about July 24, 2023, the defendant, **RICHARD LEE HOWSE, III**, did cause a package, which had been shipped from China and contained six Glock switches when it arrived in the United States, to be delivered to an address in Murfreesboro, Tennessee, and the defendant intended to transfer and possess the Glock switches.

All in violation of Title 18, United States Code, Section 371.

A TRUE BILL

███████████

FOREPERSON

THOMAS J. JAWORSKI
ACTING UNITED STATES ATTORNEY

*/s/ Juliet Aldridge*

JULIET ALDRIDGE
ASSISTANT UNITED STATES ATTORNEY